CARROLL, TREMAYNE #H73384
KVSP, RHU-1
P.O. BOX 5104
DELANO, CA 93216


FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2024
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT COURT OF CALIFORNIA

CV24-8040-VBF (DFM)

| | |
|---|---|
| CARROLL, TREMAYNE, | CASE NO. |
|    PLAINTIFF | FIRST, FOURTH, EIGHTH, |
| | FOURTEENTH AMENDMENT |
| SEAN "DIDDY" COMBS, CDCR, | VIOLATIONS, U.S. 1983 CIVIL |
| KATHLEEN ALLISON, MARCUS | RIGHTS COMPLAINT, PETITION |
| POLLARD, MCSP WARDEN, | FOR PRELIMINARY INJUNCTIVE |
| MIKE PALLARES, GAVIN | RELIEF, TEMPORARY RESTRAINING |
| NEWSOME, CCWF WARDEN, | ORDER, MONETARY DAMAGES, |
| MADERA COUNTY D.A., JANE/ | APPOINTMENT OF COUNSEL, |
| JOHN DOE(S) 1-100, ET., AL | |
|    DEFENDANT(S) | 09/01/24, 1200 HRS. |

PLAINTIFF CARROLL, WHO'S A BLACK ADA (HEARING, MOBILITY,
VISION IMPAIRED) TRANSWOMAN FALSELY IMPRISONED IN
THE CALIFORNIA DEPARTMENT OF CORRUPTIONS ON HER 27TH
YEAR OF 25-TO-LIFE UNDER CA 3X LAW FOR A NON-VIOLENT/
NON-SERIOUS AIDING GRAND THEFT CONVICTION IN WHICH THE
PERSON (CORVAIN COOPER) WHO SHE'S ACCUSED OF AIDING GOT
PROBATION AND NO JAIL TIME -- PLAINTIFFS TWO PRIOR STRIKES
ARE FROM ONE JUVENILE CONVICTION, CONTENDS THAT HER
CIVIL RIGHTS WERE VIOLATED BY DEFENDANT(S) INDIVIDUALLY/
COLLECTIVELY IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY(S).
PLAINTIFF ELECTS TO NAME ADDITIONAL DEFENDANT(S) RATHER
P.C. 1258

THAN LEAVE THEM AS "JOE" DEFENDANT(S), INCLUDING BUT NOT LIMITED TO: L.A. COUNTY JUVENILE PROBATION DEPARTMENT AND STAFF, JOSEPH GOETHALS LEGAL, THE JUSTICE FIRM (JOSEPH VIRGILIO, CHRISTOPHER DARDEN, NELSON HUNT), AW DE LA CRUZ, KVSP WARDEN, SGT. WATTERS, C/O MOAH, C/O BARRETT, ELIE MILLER, MARC LEWINSTEIN, SGT. BROWN, SGT. CONTRERAS, SGT. HOLMES, SALLY STOKES, CHILD PROTECTIVE SERVICES, CIW WARDEN, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, YOUTUBE, DAILYMAIL, CBS, FOX, THE JUMPER, SHADEROOM, REDDIT, ETC.

## FACTS

IN 1996, AFTER BEING RELEASED FROM CALIFORNIA YOUTH AUTHORITY, HEMAN G. STARKS YOUTH TRAINING SCHOOL PLAINTIFF WAS INTRODUCED TO BAD BOY CEO SEAN "DIDDY" COMBS BY PLAINTIFFS NBA STAR COUSIN CHRIS "JOE" AND HIS BEST FRIEND DEON "JOE" AFTER A PARTY HOSTED BY ANOTHER NBA STAR PAUL "DOE". SEAN "DIDDY" COMBS NEEDED SECURITY IN THE L.A. AREA AS THIS WAS THE HEIGHT OF THE EAST COAST/WEST COAST (TUPAC, BIGGIE) WAR.

PLAINTIFF INTRODUCED SEAN "DIDDY" COMBS, BIGGIE SMALLS AND OTHER BAD BOY MEMBERS TO HER COUSIN ORLANDO ANDERSON, WHO WAS ASSAULTED BY TUPAC SHAKUR AND MEMBERS OF DEATH ROW RECORDS, INCLUDING TRAYVION LANE WHO PLAINTIFF HAD PROVIDED PROTECTION FOR IN YOUTH AUTHORITY.

LATER, SEAN "DIDDY" COMBS INVITED PLAINTIFF TO HANG OUT IN STUDIO CITY WHERE DEFENDANT COMBS DRUGGED AND SEXUALLY ASSAULTED PLAINTIFF.

PLAINTIFF CARROLL HAD BEEN MOLESTED BY HER STEPMOM FROM AGES 5-13 AND BY L.A. COUNTY JUVENILE PROBATION STAFF AT LOS PADRINOS, SYLMAR, EASTLAKE, CAMP MIRA LOMA, CAMP KILPATRICK AND CYA AND WAS

P.C. 1258

ATTEMPTING TO GET HER LIFE TOGETHER AS THE STARTING POINT GUARD FOR GOLDEN WEST JUNIOR COLLEGE IN WESTMINSTER CALIFORNIA.

PLAINTIFFS "RAPE TRAUMA SYNDROME" WAS TRIGGERED WITH NO ONE TO TURN TO AND NO ONE TO TRUST.

IN DECEMBER OF 1996 PLAINTIFF WAS FALSELY ARRESTED FOR ROBBERY THAT DEFENDANT COMBS HIRED AN ATTORNEY TO GET DISMISSED; HOWEVER, PLAINTIFF WAS RETURNED TO CUSTODY WHERE SHE LEARNED CDCR WAS NOT ONLY FALSELY LABELING HER A SEX OFFENDER BUT FALSELY CLAIMING THAT ONE OF THE TWO ALLEGED VICTIMS IN HER TWO STRIKE CASE WAS A MINOR, SO THEY LABELED HER WITH A LEWD AND LACIVIOUS ACT AGAINST A MINOR - PLAINTIFF WAS THE ONLY MINOR INVOLVED. PLAINTIFF SUFFERED PHYSICAL/SEXUAL ABUSE FROM STAFF AND INMATES AS A RESULT OF THESE FALSE "R" LABELS.

A YEAR LATER PLAINTIFF WAS RELEASED AFTER GETTING NO TREATMENT FROM CDCR.

IN AUGUST 1998 PLAINTIFF WAS ARRESTED FOR ROBBERY IN WHICH SEAN "DIDDY" COMBS PROVIDED THE MONEY FOR BAIL AFTER BEING CONTACTED BY PLAINTIFFS COUSIN.

ON 9-10-98, PLAINTIFFS BAIL WAS REVOKED FOR NO REASON. WHILE IN L.A. COUNTY JAIL, CORRUPT DEPUTIES FALSELY CHARGED PLAINTIFF WITH POSSESSION OF A WEAPON AFTER LEARNING PLAINTIFF WAS LABELED A CHILD MOLESTER.

PLAINTIFF WAS FOUND GUILTY OF AIDING GRAND THEFT PROPERTY AND WAS SENTENCED TO 25-TO-LIFE AFTER SENTENCING JUDGE USED FALSE SEXUAL ALLEGATIONS THAT PLAINTIFF WAS FOUND NOT GUILTY

P.C. 1258

OF TO DETERMINE SENTENCING AND PLAINTIFFS
ATTORNEY REFUSED TO BRING UP CHILDHOOD
TRAUMA PLAINTIFF SUFFERED BECAUSE PLAINTIFF
WAS LABELED CHILD MOLESTER.
PLAINTIFF ENTERED CDCR IN DECEMBER 1999
FALSELY LABELED A CHILD MOLESTER/SEX OFFENDER
WITH AN "R" SUFFIX AND THIS CAUSED PLAINTIFF
TO BE SUBJECTED TO UNTOLD PHYSICAL, SEXUAL,
PSYCHOLOGICAL ABUSE BY STAFF AND INMATES RESULTING
IN FALSIFIED RVR'S, DENIAL OF PROGRAMMING
OPPORTUNITIES, UNEQUAL PROTECTION, UNEQUAL TREAT-
MENT, ETC.
IN 2018-19, PLAINTIFF HAD TO ALLOW DR.CLAYBAUGH
AT SALINAS VALLEY STATE PRISON TO RAPE HER IN
ORDER TO START GENDER DYSPHORIA TREATMENT AND
TRANSITION TO WOMANHOOD DOCUMENTATION.
LATER AT RICHARD J. DONOVAN IN SAN DIEGO,
PLAINTIFF WAS SEXUALLY ABUSED BY SGT. GODINEZ AND
DR. CALDERON. THEN, WHILE HOUSED IN RJD ASU
SOLITARY CONFINEMENT, PLAINTIFF WAS LEFT HANDCUFFED
IN HER WHEELCHAIR FOR (3) DAYS. THIS LEAD TO
MULTIPLE LAWSUITS AND PLAINTIFF BECOMING INMATE
NUMBER ONE IN ARMSTRONG V. NEWSOME THAT GOT
BODY CAMERAS IMPLIMENTED IN CDCR AND DISTRICT
COURT JUDGE CLAUDIA WILKENS TO GRANT RESTRAINING
ORDER AGAINST CDCR FOR PLAINTIFF.
RJD STAFF C/O SANCHEZ, C/O RUCKER AND OTHERS FALSIFIED
RVR'S AND HAD PLAINTIFF BUSTED IN THE HEAD WITH A
BOULDER THAT SHOULDNT HAVE BEEN ON ANY PRISON YARD.
PLAINTIFF WAS AGAIN FALSELY IMPRISONED IN SOLITARY
CONFINEMENT WHEN RJD HIRING AUTHORITY APPROACHED
P.C. 1258

PLAINTIFF WITH A CELLPHONE AND PHONE NUMBER.
PLAINTIFF CALLED THE NUMBER AND IT WAS SEAN "DIDDY"
COMBS TELLING PLAINTIFF "MARCUS POLLARD IS FAMILY.
LEAVE SOLITARY CONFINEMENT AND ITS ALL GOOD."
DEFENDANT POLLARD TOLD PLAINTIFF THEY NEEDED ME
TO GO BACK TO A-FACILITY WITH SUGE KNIGHT AND
GET ALL THE INFORMATION I COULD ON THE MURDER OF
TUPAC SHAKUR. I'D HAD A RELATIONSHIP WITH SUGE KNIGHT
AND WROTE A SONG FOR A DOCUMENTARY THAT NICK CANNON
WAS SUPPOSED TO BE DOING.
WHEN I GOT BACK ON A-FACILITY, I WAS CONTACTED BY
DEFENDANT COMBS ON THE SAME CELLPHONE. DEFENDANT
COMBS TOLD ME AFTER I GOT ALL THE INFO I COULD OUT
OF SUGE KNIGHT HE NEEDED ME TO FIND SOMEBODY TO
KILL SUGE KNIGHT AND HE WOULD PAY US BOTH $100,000.
BEFORE LONG THE TRO WAS ISSUED AND I WAS MOVED
TO MCIC FOR MY SAFETY AND TO MONITOR RETALIATION
AGAINST ME BECAUSE THAT WAS THE ONLY FACILITY WITH
OVER-LAPPING CAMERAS.
WHILE AT MCIC I HAD SEVERAL CONVERSATIONS WITH
DEFENDANT COMBS WHO INSURED ME HE WAS WORKING
ON GETTING ME FREE AS I INSURED HIM ONE OF MY
PEOPLE WOULD TAKE CARE OF SUGE KNIGHT AFTER
HE WENT TO BOARD.
IN JANUARY 2021 SB132 WAS ENACTED BY GOVERNOR
GAVIN NEWSOME. DEFENDANT COMBS ASKED ME IF I
WANTED TO GO TO WOMENS PRISON. I TOLD HIM THEY
WOULDNT DO IT BECAUSE IM FALSELY LABELED A SEX
OFFENDER WITH A LEWD/LACIVIOUS ACT AGAINST A MINOR.
DEFENDANT COMBS TOLD ME HE WAS PLUGGED IN WITH
KATHLEEN ALLISON SO HE WOULD MAKE THAT HAPPEN
P.C. 1258

FOR ME BUT I COULD NEVER SPEAK ON WHAT HE
DID TO ME AND I HAD TO MAKE THAT HAPPEN WITH
SUGE KNIGHT. I TOLD HIM IT WAS GOOD.
A FEW MONTHS LATER I HAD A VIDEO CALL WITH
KATHLEEN ALLISON AND MCIC WARDEN. KATHLEEN
ALLISON SAID THEY WOULD BE APPROVING MY TRANSFER
TO WOMENS PRISON INSPITE OF THE "R" SUFFIX
BASED ON OUR MUTUAL FRIEND AND SHE KNOWS IM
TRANSGENDER BECAUSE SHE SPOKE WITH DR. CLAYBAUGH
WHO RAPED ME AT SVSP, BUT I WOULD OWE HER
A FAVOR.
AUGUST 26, 2021 I WAS TRANSFERED TO WOMENS PRISON,
CENTRAL CALIFORNIA WOMENS FACILITY IN CHOWCHILLA,
CALIFORNIA. THE FIRST THING I NOTICED UPON ARRIVING
IN RECEPTION BUILDING 503 WAS THAT THERE
WERE NO CONDOM DISPENSERS IN THE DAYROOM LIKE
THERE ARE IN EVERY MENS FACILITY, I FILED A
DISCRIMINATION GRIEVANCE THAT NIGHT AND FILED
AT LEAST (20) MORE OVER THE TWO AND A HALF
YEARS I WAS THERE.
IN LATE 2021/EARLY 2022, ACTING WARDEN MIKE
PALLARES CALLED ME TO THE BPH ROOM AND FORCED
ME TO PERFORM ORAL SEX ON HIM IN EXCHANGE
FOR HIM NOT SENDING ME BACK TO MENS PRISON.
UNBEKNOWN TO ME, MIKE PALLARES HAD BEEN
CHARGED WITH RAPING A FEMALE STAFF MEMBER ON
CCWF GROUNDS AND SEXUALLY ASSAULTING THE WARDEN
WHO WAS BEFORE HIM AND WHEN SHE COMPLAINED
HE GOT HER FIRED AND TOOK HER JOB.
MONTHS LATER OFFICER GREG RODRIGUEZ FORCED
ME TO PERFORM ORAL SEX ON HIM IN THE SAME

BPH ROOM UNDER THE SAME THREAT OF SENDING
ME BACK TO MENS PRISON.

AFTER FILING CIVIL SUIT ON THIS ON BEHALF OF
MYSELF AND LATASHA BROWN, WE WERE INTERVIEWED
BY ATTORNEY ROBERT CHAUFANT. DAYS LATER WE WERE
BOTH THROWN IN SOLITARY CONFINEMENT WITH CCWF
CLAIMING LATASHA BROWN WAS PREGNANT BY ME
WITH TWINS AND I KICKED THE BABIES OUT OF HER
AND WE HAD SOME RITUALISTIC BURIAL FOR THEM
ON THE YARD THAT HAD THE INVESTIGATIVE SERVICES
UNIT DIGGING UP THE YARD LIKE GOOFERS.

THE FOLLOWING DAY WE WERE INTERVIEWED BY SGT. BROWN
REGARDING OUR REPORTING OF BEING SEXUALLY ASSAULTED
BY MIKE PALLARES, GREG RODRIGUEZ, SGT. CONTRERAS AND
OTHERS WITH NEITHER OF US KNOWING THAT SGT. BROWN
HAD SEXUALLY ABUSED AT LEAST (20) INCARCERATED
WOMEN HIMSELF AND WAS COLLECTING INFORMATION TO
COVER-UP FOR HIMSELF AND OTHER STAFF.

THE NEXT DAY LATASHA BROWN WAS MOVED TO CIW
UNDER THE GUISE THAT SHE WAS "RE-PREGNANT" WITH
TWINS ALTHOUGH LATASHA BROWN CAN'T GET PREGNANT
BUT HAS A MENTAL HEALTH CONDITION THAT CAUSES HER
MIND, BODY AND SOUL TO MIMIC PREGNANCIES. THIS
CAME OUT IN HER TRIAL WHERE SHE MURDERED A
WOMAN, BURNED HER BODY, TOOK HER INFANT SON
AND RAISED HIM AS HER OWN FOR (8) YEARS.
WHILE IN SOLITARY CONFINEMENT LT. RODRIGUEZ AND
LT. RAMIRES PULLED ME OUT TO TALK TO ME IN A
PRIVATE SETTING AFTER MY GRIEVANCES GOT MIKE
PALLARES REMOVED AS THE WARDEN, THEY TOLD ME
THEY WERE AWARE OF MY FRIENDSHIP WITH INMATE

P.C. 1258

JOHNETTA ROSS WHO'S BEEN TRAFFICKED AMONGST MANY CCWF STAFF, MOST NOTABLY SGT. BROWN. THEY TOLD ME I HAD FRIENDS IN HIGH PLACES, INCLUDING KATHLEEN ALLISON THAT WANT ME TO GET CLOSER TO 'M ROSS. I THOUGHT IT WAS BECAUSE WE HAD BOTH BEEN VICTIMS WHO'D COME FORWARD IN WHAT HAD BECOME THE "CCWF STAFF SEXUAL ABUSE SCANDAL AND LAWSUIT."

I WAS RELEASED FROM SOLITARY CONFINEMENT IN MAY 2023 AND MAINTAINED COMMUNICATION WITH 'M ROSS WHO WAS STILL IN ASU. A FEW WEEKS LATER LT. RAMIREZ CAME TO TALK TO ME ON THE YARD. HE TOLD ME KATHLEEN ALLISON WAS CALLING IN A FAVOR AND WE HAVE A MUTUAL FRIEND. THEY WANTED ME TO GET 'M ROSS PREGNANT TO HELP END SB132 SO THEY COULD GO AFTER GAVIN NEWSOME AND THEY'D HELP ME AND 'M ROSS GET FREE AND TAKE CARE OF US AND THE BABY. I TOOK THIS AS A DIRECT ORDER FROM THE HIGHEST RANKING MEMBER OF CDCR. I TOLD LT. RAMIREZ I WAS PERMANENT WHEELCHAIR AND WOULDN'T BE ABLE TO MOVE OUT OF 505 AND 'M ROSS WAS GOING BACK TO C-FACILITY. HE TOLD ME THEY WOULD MOVE 'M ROSS TO B-FACILITY AND DO WHAT WAS ASKED OF ME.

ABOUT A MONTH LATER 'M ROSS WAS RELEASED TO FACILITY B 507-25. I TALKED TO C/O BRUFFET ABOUT MOVING ME TO 507-25. HE TOLD ME I KNEW THE PRICE, I'D PREVIOUSLY PAID C/O BRUFFET $5,000 EACH TIME TO MOVE 'M PENNEWELL AND 'M BROWN IN THE ROOM WITH ME AS I WASN'T ALLOWED ANY ROOMMATES. I PAID C/O BRUFFET THE $5000 LIKE BEFORE

P.C. 1258

ALTHOUGH I'D FILED MULTIPLE GRIEVANCES ON THIS
WHOLE SITUATION BECAUSE IT WAS SCARING ME.
MY WHOLE MEDICAL FILE WAS MANIPULATED AND
DOCTORED TO MOVE ME FROM SOS-24 TO SO7-25
WITH 'I'm ROSS. I WENT FROM PERMANENT WHEELCHAIR/
MOBILITY IMPAIRED TO NO MOBILITY DEVICES NOR
DOCUMENTATION ALTHOUGH I WAS ALLOWED TO KEEP
MY WHEELCHAIR.
IN SEPTEMBER OF 2023, CPT. SEAGER, SGT. BROWN,
SGT. CONTRERAS AND WARDEN DE LA CRUZ STARTED AN
INVESTIGATION ON 'I'm ROSS BEING PREGNANT BY ME
BUT DIDNT SEPERATE US. SGT. BROWN, SGT. CONTRERAS
AND AW DE LA CRUZ ARE DEFENDANTS IN SEXUAL ABUSE
LAWSUITS IN WHICH 'I'm ROSS AND I ARE PLAINTIFFS.
BY THIS TIME KATHLEEN ALLISON HAD DISAPPEARED IN
DISGRACE FOR HER ROLE IN THE CDCR FORCED
STERILIZATION SCANDAL.
AT THIS TIME I'D BEEN ON MEDICATIONS THAT KILLED
MY ABILITY TO GET AN ERECTION OR TO PRODUCE
SPERM CELLS FOR OVER (5) YEARS.
IN MID JANUARY 'I'm ROSS WAS PLACED IN SOLITARY
CONFINEMENT FOR FALSE ALLEGATIONS FOR ASSAULTING
ME.
DAYS LATER CPT. SEAGER, SGT. BROWN AND SGT. CONTRERAS
ALONG WITH 'I'm STITH AND 'I'm AWAFI STRATEGICALLY
HAD 'I'm BENNET PLACED IN THE ROOM WITH ME. WITHIN
DAYS SHE SEXUALLY ASSAULTED ME AND CLAIMED I
SEXUALLY ASSAULTED HER. WE BOTH MADE THE SAME
CLAIMS, BUT I WAS CHARGED, SHE WASNT. THE
DIFFERENCE BETWEEN US IS IM BLACK AND WAS BORN
MALE WHILE SHE'S WHITE AND WAS BORN FEMALE.
P.C. 1258

ISABELL BENNET/DEFENDANT BENNET IS FROM SAN DIEGO COUNTY WHERE SHE ACCUSED MULTIPLE MEN OF RAPE; INCLUDING HER EX-BOYFRIEND WHO SHE'S INCARCERATED FOR STALKING AFTER HE LEFT HER FOR A SAN DIEGO COUNTY DISTRICT ATTORNEY.

SGT. BROWN AND SGT. CONTRERAS WERE THE INVESTIGATORS OF THE CASE AND ORDERED SART EXAMINER NOT TO COLLECT ANY EVIDENCE FROM "ALL THE PLACES" I/M BENNET LICKED, SUCKED, TOUCHED ON ME. CCWF AND SART SAID THERE WERE NO SIGNS OF RAPE NOR EVEN SEX BECAUSE MY PENIS NEVER ENTERED HER. THERE WAS NO EVIDENCE OF ANYTHING, JUST HER WORD OVER MINE.

DEFENDANT CECILIA WILLIAMS SAID I SNATCHED HER IN S07-2S AND SEXUALLY ASSAULTED HER, FILING A FALSE POLICE REPORT. WHEN AVSS SHOWED SHE ENTERED MY ROOM, OUT-OF-BOUNDS ON HER OWN, SHE CHANGED HER STORY WHEN BEING THREATENED WITH FILING A FALSE POLICE REPORT AND BEING OUT-OF-BOUNDS. SHE DIDNT RECEIVE RVR FOR EITHER. SGT. BROWN AND SGT. CONTRERAS WERE THE INVESTIGATORS ON THE CASE.

ON AVSS, I WAS ASSAULTED ONCE BY FORMER OFFICER J. HAYNES, ONCE BY I/M BROWN, THREE TIMES BY I/M FERRER, TWICE BY I/M FIELDS, ONCE BY I/M STITH, ONCE (FALSELY ACCUSED) I/M ROSS. THE ONLY ONE WHO HAD ASSAULT CHARGES FILED AGAINST THEM WAS I/M ROSS AND ALL OF THESE INCIDENTS ARE DOCUMENTED AND CAPTURED ON AVSS.

DEFENDANT(S) JOSEPH VIRGILIO, CHRISTOPHER DARDEN, NELSON HUNT AND THE JUSTICE FIRM WERE SUPPOSED TO REPRESENT I/M ROSS, MYSELF AND SEVERAL

P.C. 1258

OTHER CCWF SEXUAL ABUSE VICTIMS BUT THEY STOPPED COMMUNICATING WITH CLIENTS, STOLE MY UNPUBLISHED BOOK ABOUT DEFENDANT COMBS AND MY EXPERIENCE AT CCWF AND STOLE MY $402 FILING FEE FOR CASE NUMBER 1:23-cv-00974-NODJ.

DEFENDANT(S) JOSEPH GOETHAL LEGAL TOLD I/M ROSS AND I THE JUSTICE FIRM SOLD OUR CASES TO LARGER FIRMS, USING UNETHICAL TRICKERY TO GET US TO SIGN SUBSTITUTION OF ATTORNEY AGREEMENTS. ALL OF THIS IS ON RECORDED CALLS AND EMAILS. JOSEPH GOETHALS TOLD RESENTENCING ATTORNEYS HE'S HANDLING MY CRIMINAL CASE PRO BONO WHILE TELLING ME HE'S TAKING IT ON CONTINGENCY PLAN THAT'LL COME OUT OF THE CIVIL CASE.

ON 02/13/24, I/M ROSS TESTED POSITIVE FOR PREGNANCY AND WAS TRANSFERRED TO CIW WITH (3) DOCUMENTED ENEMIES WHERE SHE WAS FALSELY IMPRISONED IN THE PSYCHIATRIC INPATIENT PROGRAM AGAINST HER WILL, WITHOUT HER CONSENT AND DOCUMENTS SHOWING SHE REFUSED MENTAL HEALTH HOUSING AND TREATMENT.

ON 06/22/24, I/M ROSS GAVE BIRTH TO HER SON "AMAZING GIFT ROSS," WHO WAS IMMEDIATELY DNA SWABBED PER A WARRANT ISSUED BY MADERA COUNTY UNDER MY CASE NUMBER ALTHOUGH I WASN'T BEING INVESTIGATED FOR A CRIME AGAINST I/M ROSS.

WITH KATHLEEN ALLISON OUT OF THE WAY I HAD NO PROTECTION. ON 04/18/24, I HAD A DRB HEARING IN WHICH I WASN'T ABLE TO PRESENT A DEFENSE. ON 04/19/24, I WAS THE VICTIM OF UNNECESSARY EXCESSIVE USE OF FORCE WHEN I WAS BRUTALIZED BY CCWF STAFF WHO KIDNAPPED ME AND TOOK ME TO KVSP, THE WORST

P.C. 1258

PRISON IN CDCR.

ON 04/20/24, WHILE OUT-TO-MEDICAL, C/O REYES AND C/O KAUR SEXUALLY ASSAULTED ME AT GUNPOINT WHILE ILLEGALLY DISABLING THEIR BODY-CAMERAS. I HAD SEIZURE AFTER FALLING OUT OF WHEELCHAIR WHEN THEY FAILED TO PROPERLY SECURE ME ON STATE VEHICLE.

ON THE SAME STATE VEHICLE THAT NO EVIDENCE WAS COLLECTED FROM PER PREA POLICY, I WAS SEXUALLY ASSAULTED AT GUNPOINT BY C/O ESTRADA AND C/O MORENO.

FEDERAL PREA POLICY WAS VIOLATED IN ALL OF THESE INSTANCES AS NEITHER CRIME SCENE WAS SECURED, EVIDENCE COLLECTED NOR SEPERATION OF ACCUSED FROM ACCUSERS.

ON 07/22/24, WHILE OUT-TO-COURT, CCWF STAFF GAVE ME BOTTLE OF ALCOHOL (VODKA) IN WATER BOTTLE AND DATE RAPE DRUGS, TRYING TO KILL ME. I BLACKED OUT AND DONT KNOW WHAT HAPPENED TO ME WHILE IN THE CUSTODY OF SGT. WATTERS, C/O MOANA, C/O BARRETT BUT BODY-CAMERA AND DASH-CAMS SHOULDVE CAPTURED ALL OF THIS.

ALL OF THESE THINGS ARE DOCUMENTED BUT WITH SO MANY DEFENDANTS AND EVENTS, APPOINTMENT OF COUNSEL IS WARRANTED. PLAINTIFF SEEKS MONETARY DAMAGES IN THE AMOUNT DETERMINED BY A JUDGE OR JURY, AND TEMPORARY RESTRAINING ORDER FROM CDCR. THE ABOVE IS TRUE TO MY KNOWLEDGE.

(IN PRO-SE)

09/01/24

P.C. 1258



US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ

ZIP 93215
02 4W
0000349256

$ 000.69⁰
SEP 13 2024

SANTA CLARITA CA 913

16 SEP 2024 PM 5 L

U.S. DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM 68
L.A., CA 90012

90012-999955

Return Address
**Kern Valley State Prison**
Name: _CARROLL, J._    CDCR#: _F13384_
Facility: _RIV_ Bldg.: _1_    Cell: _149_
P.O. Box: _5104_
Delano, CA 93216
*Inmate Indigent Mail*

Kern Valley State Prison
Ad Seg Unit 1 South

CLERK, U.S. DIST.
SEP 18 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CONFIDENTIAL
LEGAL MAIL

UNAUTHORIZED ITEMS

- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

AUTHORIZED ITEMS

- Greeting cards - limit 10 w/attached plain white envelope
- 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
- 300 sheets of white or yellow lined paper (not cotton paper or color paper)
- 15 photographs (ASU - limit 5) no altered photos
- Checks/Money Orders with I/M Name and CDCR#
- Calendars - not to exceed 12 x 12 unopened
- Manila envelopes - limit 10 (clasp removed)

List is provided as a courtesy and does not reflect all restrictions or policies.