# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TREMAINE CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>SEAN DIDDY COMBS et al.,<br><br>Defendants. | Case No. CV 24-08040-VBF (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that in the interest of justice this action be transferred out of the Central District of California. Plaintiff shall be sent a Notice of Election form with two options: (1) transfer to the Eastern District of California, or (2) dismiss this case without prejudice. Failure to return the form will result in dismissal.

Date: December 5, 2024

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge